NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Milord A. Keshishian, SBN 197835
MILORD & ASSOCIATES, P.C.
10517 West Pico Boulevard
Los Angeles, California
Tel: (310) 226-7878
Fax: (310) 226-7879
milord@milordlaw.com

ATTORNEY(S) FOR: BURN FITNESS 2, LLC, d/b/a BURN FITNESS; and PHYSIQUE HEALTH CLUB, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

BURN FITNESS 2, LLC, d/b/a BURN FITNESS; and PHYSIQUE HEALTH CLUB, LLC,

Plaintiff(s),

v.

BURN FITNESS HOLDINGS, LLC, a Michigan Limited Liability Company; and DOES 1-10

Defendant(s)

CASE NUMBER: 2:17-cv-2853

## CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for BURN FITNESS 2, LLC, d/b/a BURN FITNESS; and PHYSIQUE HEALTH CLUB, LLC or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| BURN FITNESS 2, LLC, d/b/a BURN FITNESS | Plaintiff |
| PHYSIQUE HEALTH CLUB, LLC | Plaintiff |
| BURN FITNESS HOLDINGS, LLC | Defendant |

April 13, 2017
Date

/s/ Milord A. Keshishian
Signature

Attorney of record for (or name of party appearing in pro per):

BURN FITNESS 2, LLC, d/b/a BURN FITNESS
and PHYSIQUE HEALTH CLUB, LLC